Aaron R. Feldman (SBN105692)
Feldman Law Group
1855 Olympic Blvd., #125
Walnut Creek, CA 94596
Tel.:(925)283-6691
Fax: (925)478-5036
Attorneys for Defendant
Pacheco Mini Storage, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PACHECO MINI STORAGE, INC. et al.,<br><br>　　　　　Defendants. | Case No.  3:16-cv-00692-jcs<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO ANSWER COMPLAINT**<br><br>Judge:　　Hon. Joseph C. Spero |

IT IS HEREBY STIPULATED BETWEEN THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, AS FOLLOWS:

　　　1.　　That the time for DEFENDANT PACHECO MINI STORAGE, INC. to answer the Complaint is extended up to and including March 25, 2016.

　　　Good cause exists for this requested extension in that counsel for Defendant is leaving town to attend a funeral the week that the responsive pleading is due and could not with reasonable diligence complete the answer prior to the date it is due (March 10, 2016).

　　　Pursuant to Civil Local Rule 6-1(a), this extension will not alter the date of any event or any deadline already fixed by Court order.

SO STIPULATED:

///

---

DATED:  March 9, 2016

                                            CENTER FOR DISABILITY ACCESS

                                            By:  /s/ PHYL GRACE
                                                  PHYL GRACE
                                                  Attorneys for Plaintiff
                                                  SCOTT JOHNSON

DATED:  March 9, 2016

                                            FELDMAN LAW GROUP


                                            By:  /s/ Aaron R. Feldman.
                                                  AARON R. FELDMAN
                                                  Attorneys for Defendant
                                                  PACHECO MINI STORAGE, INC.

Dated: 3/14/16

[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

---

Stipulation for Extension for Defendant To Answer